OFFICE OF DISCIPLINARY COUNSEL *v.* KRAL.

[Cite as *Disciplinary Counsel v. Kral* (2000), 90 Ohio St.3d 298.]

(No. 00–784—Submitted July 6, 2000—Decided November 8, 2000.)

*Jonathan E. Coughlan,* Disciplinary Counsel, *John K. McManus* and *Stacy Solochak Beckman,* Assistant Disciplinary Counsel, for relator.

---

***Per Curiam.*** We adopt the findings, conclusions, and recommendations of the board. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.